# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Bloom, Beth F. | 2. Court or Organization<br><br>United States District Court, Southern District of Florida | 3. Date of Report<br><br>07/10/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Court Judge, active status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court, Southern District of Florida
Wilkie D. Ferguson, Jr. Courthouse
400 North Miami Avenue, Room 10-2
Miami, FL 33128

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Children's Craniofacial Association, Miami Children's Hospital |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/20/1995 | State of Florida, Division of Retirement Pension Plan, payable upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Distribution from The Koniver Stern Group, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank United | Mortgage, Investment Property #2, Miami Beach, Florida (Part VII, Line 2) | N |
| 2. | Iberia Bank | Mortgage, Investment Property #4, Miami Beach, Florida (Part VII, Line 5) | M |
| 3. | City National Bank | Mortgage, Investment Property #5, Miami Beach, Florida (Part VII, Line 6) | P1 |
| 4. | City National Bank | Mortgage, Investment Property #6, Miami Beach, Florida (Part VII, Line 7) | N |
| 5. | Wells Fargo - Changed from Iberia Bank | Mortgage, Investment Property #8, Miami Beach, Florida (Part VII, Line 8) | M |
| 6. | City National Bank | Mortgage, Investment Property #9, Miami Beach, Florida (Part VII, Line 9) | O |
| 7. | Mercantile Bank | Mortgage, SRA/Lincoln Theater, LLC (Part VII, Line 10) | P1 |
| 8. | City National Bank | Mortgage, NDLS Management, LLC (Part VII, Line 12) | O |
| 9. | City National | Mortgage, 1201 NW 23 Partners, LLC (Part VII, Line 14) | L |
| 10. | Wells Fargo Bank | Mortgage, Invstment Property #10 (Part VII, Line 18) | O |
| 11. | Wells Fargo Bank | Mortgage,Investment Property #11 (Part VII, Line 19) | O |
| 12. | Wells Fargo Bank | Mortgage, Investment Property #12 (Part VII, Line 20) | O |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Investment Property #1, Miami Beach, FL | A | Rent | | | Sold | 01/01/19 | O | A | |
| 2.   Investment Property #2, Miami Beach, FL | D | Rent | O | W | | | | | |
| 3.   Investment Property #3, Miami Beach, FL | G | Rent | P2 | W | | | | | |
| 4. | B | Interest | | | | | | | |
| 5.   Investment Property #4, Miami Beach, FL | E | Rent | O | W | | | | | |
| 6.   Investment Property #5, Miami Beach, FL | D | Rent | P2 | W | | | | | |
| 7.   Investment Property #6, Miami Beach, FL | C | Rent | N | W | | | | | |
| 8.   Investment Property #8, Miami Beach, FL | E | Rent | P1 | W | | | | | |
| 9.   Investment Property #9, Miami Beach, FL | E | Rent | O | W | | | | | |
| 10.   SRA/Lincoln Theater, LLC, Miami Beach, FL | E | Rent | P1 | W | | | | | |
| 11. | A | Interest | | | | | | | |
| 12.   NDLS Management, LLC, Palm Beach, FL | F | Distribution | O | W | | | | | |
| 13.   Joe Acquisitions, LLC, Miami, FL | D | Rent | P1 | W | | | | | |
| 14.   1201 NW 23 Partners, LLC, Miami, FL | A | Rent | N | W | | | | | |
| 15.   The Stern Organization | F | Distribution | L | W | | | | | |
| 16.   Joe Partners, LLLP, Miami, FL | D | Interest | P1 | W | | | | | |
| 17.   Joe Management LLC | E | Interest | P1 | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investment Property #10, Orlando, FL | E | Rent | P1 | W | | | | | |
| 19. Investment Property #11, Orlando, FL | E | Rent | P1 | W | | | | | |
| 20. Invetment Property #12, Orlando, FL | E | Rent | P1 | W | | | | | |
| 21. American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 22. Invesco Mid Cap Growth Fund | A | Dividend | K | T | | | | | |
| 23. MFS Mass Investors Growth Stock Fund | A | Dividend | L | T | | | | | |
| 24. Vanguard Total Stock Market Fund | C | Dividend | M | T | | | | | |
| 25. VALIC Fixed Interest Option | B | Interest | L | T | | | | | |
| 26. Wells Fargo Adv. Opportunity Fund | A | Dividend | J | T | | | | | |
| 27. | A | Distribution | | | | | | | |
| 28. Citibank, Cash Account | A | Interest | K | T | | | | | |
| 29. Citibank, Cash Account | A | Interest | M | T | | | | | |
| 30. Citibank, Cash Account | A | Interest | | | Closed | 10/31/19 | M | | |
| 31. Iberia Bank, Cash Account | A | Interest | L | T | | | | | |
| 32. Marquis Bank, Cash Account | A | Interest | L | T | | | | | |
| 33. Marquis Bank, Cash Account | A | Interest | J | T | | | | | |
| 34. Marquis Bank, Cash Account | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Marquis Bank, Cash Account | C | Interest | N | T | | | | | |
| 36. | Marquis Bank, Cash Account | A | Interest | M | T | | | | | |
| 37. | Marquis Bank, Cash Account | A | Interest | L | T | | | | | |
| 38. | Marquis Bank, Cash Account | A | Interest | M | T | | | | | |
| 39. | Professional Bank, Cash Account | A | Interest | K | T | | | | | |
| 40. | Professional Bank, Cash Account | A | Interest | K | T | | | | | |
| 41. | Professional Bank, Cash Account | A | Interest | K | T | | | | | |
| 42. | Professional Bank, Cash Account | B | Interest | N | T | | | | | |
| 43. | Professional Bank, Cash Account | B | Interest | N | T | | | | | |
| 44. | Professional Bank, Cash Account | A | Interest | J | T | | | | | |
| 45. | Wells Fargo Bank, Cash Account | A | Interest | K | T | | | | | |
| 46. | Wells Fargo Bank, Cash Account | A | Interest | N | T | | | | | |
| 47. | Wells Fargo Bank, Cash Account | A | Interest | M | T | | | | | |
| 48. | Wells Fargo Bank, Cash Account | A | Interest | | | Closed | 12/31/19 | L | | |
| 49. | Wells Fargo Bank, Cash (X) | A | Interest | J | T | | | | | |
| 50. | Wells Fargo Bank, Cash Account (X) | A | Interest | J | T | | | | | |
| 51. | Bank United, Cash Account | A | Interest | | | Closed | 12/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank United, Cash Account | B | Interest | N | T | | | | | |
| 53. Bank United, Cash Account | A | Interest | M | T | | | | | |
| 54. Bank United, Cash Account | B | Interest | M | T | | | | | |
| 55. Bank United, Cash Account | A | Interest | M | T | | | | | |
| 56. Iberia Bank, Cash Account | E | Interest | P1 | T | | | | | |
| 57. Iberia Bank, Cash Account | A | Interest | M | T | | | | | |
| 58. Iberia Bank, Cash Account | E | Interest | P1 | T | | | | | |
| 59. Iberia Bank, Cash Account | C | Interest | O | T | | | | | |
| 60. Iberia Bank, Cash Account | A | Interest | O | T | | | | | |
| 61. Iberia Bank, Cash Account | A | Interest | K | T | | | | | |
| 62. Iberia Bank, Cash Account | A | Interest | K | T | | | | | |
| 63. Iberia Bank, Cash Account | A | Interest | N | T | | | | | |
| 64. Iberia Bank, Cash Account | A | Interest | | | Closed | 12/31/19 | M | | |
| 65. City National, Cash Account | A | Interest | N | T | | | | | |
| 66. BB&T, Cash Account | A | Interest | M | T | | | | | |
| 67. Bank of Ozarks, Cash Account | A | Interest | N | T | | | | | |
| 68. Bank of Ozarks, Cash Account | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | SEI Institutional Managed Trust DFA US Large Company Portfolio | A | Dividend | L | T | Buy | 12/13/19 | L | | |
| 70. | | A | Distribution | | | | | | | |
| 71. | SEI Institutional Managed Trust Tax-Managed Large Cap Fund Class F | B | Dividend | M | T | | | | | |
| 72. | | D | Distribution | | | | | | | |
| 73. | SEI Institutional Managed Trust Tax-Managed Small/Mid Cap Fd Class F | A | Dividend | K | T | Sold<br>(part) | 11/25/19 | J | A | |
| 74. | | A | Distribution | | | | | | | |
| 75. | SEI Institutional International Trust International Equity Fd Class F | B | Dividend | L | T | | | | | |
| 76. | SEI Institutional Managed Trust American Funds - New World Fund | A | Dividend | K | T | Buy | 12/13/19 | K | | |
| 77. | | A | Distribution | | | | | | | |
| 78. | SEI Institutional International Trust Emerging Mkts Equity Fd Class F | A | Dividend | J | T | Sold<br>(part) | 12/13/19 | K | A | |
| 79. | SEI Tax Exempt Trust Intermediate-Term Municipal Fund Class F | D | Dividend | N | T | Sold<br>(part) | 03/25/19 | J | A | |
| 80. | | A | Distribution | | | | | | | |
| 81. | SEI Institutional Managed Trust High Yield Bond Fund Class F | C | Dividend | K | T | Buy<br>(add'l) | 01/01/19 | K | | |
| 82. | | A | Distribution | | | Sold<br>(part) | 12/13/19 | K | A | |
| 83. | SEI Institutional Managed Trust TWC Emerging Markets Income Fund | A | Dividend | L | T | Buy | 12/13/19 | L | | |
| 84. | SEI Institutional Managed Trust TIAA-CREF High Yield Fund | A | Dividend | K | T | Buy | 12/13/19 | K | | |
| 85. | SEI Institutional International Trust Intl Fixed Income Fund Class F | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | | | | | |
| 87. SEI Institutional International Trust Emerging Mkts Debt Fd Class F | B | Dividend | | | Sold | 12/13/19 | L | A | |
| 88. SEI Instituional Managed Trust Multi-Strategy Alt Fund Class F | A | Dividend | J | T | Sold (part) | 12/13/19 | L | A | |
| 89. SEI Daily Income Trust Government Fund Class CAA | D | Dividend | N | T | | | | | |
| 90. SEI Daily Income Trust Government Fund Class F | A | Dividend | J | T | | | | | |
| 91. SEI Daily Income Trust Government Fund Class CAA | B | Dividend | M | T | | | | | |
| 92. SEI Daily Income Trust Government Fund Class | A | Dividend | J | T | | | | | |
| 93. SEI Daily Income Trust Government Fund Class | A | Dividend | | | Sold | 12/31/19 | J | A | |
| 94. Fidelity Govt. MMKT Capital Researves CL | A | Interest | J | T | | | | | |
| 95. CIM COML TR CORP COM | A | Dividend | J | T | | | | | |
| 96. Motorola Solutions Inc COM New | A | Dividend | J | T | | | | | |
| 97. Investco American Franchise Fund CL A | B | Distribution | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bloom, Beth F.** | 07/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VI. Liabilities

Line 1 from prior year report in N/A, the investment was sold in 2019 - Iberia Bank Mortgage, Investment Property #1 Miami Beach, Florida (Part VII, Line 1)

Line 3 from prior year report is N/A, the mortgage loan was paid off in 2019 - City National Bank Mortgage, Investment Property #3, Miami Beach, Florida (Part VII, Line 3)

Line 10 from prior year report, Lender changed from GJB+REG to City National Bank - Mortgage, NDLS Management, LLC (Part VII, Line 12)

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Beth F. Bloom**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544